In the Matter of William Hubert **BARNES**.
(279 S. E. (2d) 377)

## ORDER

June 16, 1981.

The records in the office of the Clerk of The Supreme Court show that, on November 11, 1975, William Hubert Barnes was admitted and enrolled as a member of the Bar of this State.

In a letter addressed to Mr. Robert N. DuRant, Executive Director of the South Carolina Bar, dated February 8, 1981, William Hubert Barnes requested that his resignation be submitted to the South Carolina Supreme Court. Mr. Barnes' letter is made a part of this Order.

It is, therefore, ordered that the resignation of William Hubert Barnes be accepted. Mr. Barnes has delivered his license to practice law in this State to the Clerk of The Supreme Court, and his name shall be stricken from the roll of attorneys.

LEWIS, C. J., and LITTLEJOHN, NESS, GREGORY and HARWELL, JJ., concur.

### "WILLIAM H. BARNES

*Attorney at Law Route One—Hebron Section Pauline, South Carolina 29374 Telephone 574-1502 February 8, 1981*

Mr. R. N. DuRant
Executive Director
S. C. Bar
P. O. Box 11039
Columbia, S. C. 29211

Re: My resignation of Jan. 12, 1981
Your letter of Jan. 27, 1981

Dear Mr. DuRant:

I do wish to withdraw from the practice of law and resign from the S. C. Bar for reasons unrelated to the practice of law or a breach of ethical conduct.

I do wish you to submit my resignation to the Supreme Court and inform the Secretary of the Bar of my change of status.

My address remains the same.

Sincerely,

s/ William H. Barnes
William H. Barnes"